# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Thomas A. Simonian

                Plaintiff,

v.                                            Case No.: 1:10–cv–01542
                                               Honorable Harry D. Leinenweber

Abbott Laboratories

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 28, 2010:

      MINUTE entry before Honorable Harry D. Leinenweber:For the reasons stated in open court, defendant's motion to dismiss [11] is denied. Status hearing set for 11/10/2010 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.